UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

FLATIRON WEST, INC.

Plaintiff,

vs.

ASSICURAZIONI GENERALI S.P.A.,

Defendant.

No. 2:22-cv-01187

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Flatiron West, Inc. pursuant to Rule 41(a)(1), *Fed.R.Civ.P*., files this Notice of Voluntary Dismissal With Prejudice such that all of Plaintiff's claims against Defendant Assicurazioni Generali S.P.A are hereby voluntarily dismissed with prejudice by virtue of amicable resolution of the parties.

//

//

//

//

GROFF MURPHY PLLC
300 East Pine
Seattle, Washington 98122
(206) 628-9500
Facsimile: (206) 628-9506

DATED this 9th day of January, 2023.

Respectfully submitted,

GROFF MURPHY PLLC

*s/ Emily A. Yoshiwara*

Michael P. Grace, WSBA #26091
Emily A. Yoshiwara, WSBA #54648
300 East Pine Street
Seattle, WA 98122
T: (206) 628-9500/Fx. (206) 628-9506
Email: mgrace@groffmurphy.com
Email: eyoshiwara@groffmurphy.com

Jeffrey A. Brauer (*Pro Hac Vice to be Filed*)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 274-2371
Email: jabrauer@hahnlaw.com

Elisé K. Yarnell *(Pro Hac Vice to be Filed)*
Hahn Loeser & Parks LLP
65 East State Street, Suite 1400
Columbus, OH 43215
Telephone: (614) 233-5196
Email: eyarnell@hahnlaw.com

*Attorneys for Plaintiff Flatiron West, Inc.*

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE – PAGE 2

**GROFF MURPHY PLLC**
300 East Pine
Seattle, Washington 98122
(206) 628-9500
Facsimile: (206) 628-9506

33413 013 ga04e301f8